**FILED**

MAR 2 6 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>        v.<br><br>Stephanie Anne GROVER,<br><br>                                        Defendant. | Case No.: 20MJ1204<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 25, 2020, within the Southern District of California, Stephanie Anne GROVER, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 1.16 kilograms (2.55 pounds), of a mixture and substance containing a detectable amount of heroin a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF MARCH 2020.

_____
HON. BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On March 25, 2020, at approximately 8:30 AM, Stephanie Anne GROVER, ("GROVER"), a United States citizen applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #22. GROVER was the driver, sole occupant, and registered owner of a 2012 Kia Sorento ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer assigned to the Agricultural Enforcement Team (AET) was performing pre-primary operations when he targeted the vehicle. GROVER stated she was going to a doctor's appointment in Gilroy, California. GROVER stated she was in Mexico to visit her husband and child but lives in Gilroy, California. The officer took two negative Customs/Agricultural declarations from GROVER. The officer noticed GROVER was exhibiting nervous behavior by not making eye contact and hesitating when answering questions. The officer indicated there was a strong odor of vinegar coming from inside of the vehicle. The officer requested the assistance of a Canine Enforcement Officer and there was no alert by the Human and Narcotic Detection Dog. The officer then requested the vehicle be sent to the secondary lot for further inspection.

A Customs and Border Protection Primary Officer received two negative Customs declarations from GROVER. GROVER stated she was crossing the border

1

to go to Gilroy, California. The officer received a computer-generated alert (protection order) and the vehicle was sent to the secondary lot for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the passenger side front door of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the front passenger side door of the vehicle.

Further inspection of the vehicle resulted in the discovery of 2 packages concealed in the front passenger side door of the vehicle, with a total approximate weight of 1.16 kgs (2.55 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of heroin.

GROVER was placed under arrest at approximately 10:40 AM.

GROVER was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.